United States District Court
Southern District of Texas
**ENTERED**
January 24, 2023
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| GREGORIO GARCIA, III, <br> "Plaintiff", <br><br> v. <br><br> BERNADETTE RODRIGUEZ, et al <br> "Defendants". | § § § § § § § § § <br><br> Civil Action No. 1:22-cv-00102 |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court are these pleadings: Plaintiff's "Complaint for Violation of Civil Rights" ("Complaint") (Dkt. No. 1), Defendants' "Motion to Dismiss" ("Motion") (Dkt. No. 29), and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 41). The R&R recommends this Court grant, in part, and deny, in part, Defendants' Motion (Dkt. No. 29).

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Defendants' Motion (Dkt. No. 29) is **GRANTED,** in part, and **DENIED** in part.

Signed on this 24th day of January, 2023.

Rolando Olvera
United States District Judge