United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GREGORIO GARCIA, III, <br> "Plaintiff", <br><br> v. <br><br> BERNADETTE RODRIGUEZ, et al., <br> "Defendants". | § <br> § <br> § <br> §     Civil Action No. 1:22-cv-00102 <br> § <br> § <br> § |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Plaintiff Gregorio Garcia, III's "Complaint for Violation of Civil Rights" (Dkt. No. 1) and the "Magistrate Judge's Report and Recommendation" ("R&R") (Dkt. No. 52). The R&R recommends this Court (1) dismiss with prejudice Plaintiff's claims for failure to prosecute pursuant to Fed. R. Civ. P. 41(b); and (2) direct the Clerk of Court to close this case.

No objections were filed by either party. When no objections are filed to a magistrate judge's ruling, the district court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, abuse of discretion, or finding contrary to law, the R&R is **ADOPTED**.

Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **ORDERED** to close this case.

Signed on this ___14th___ day of ___March___, 2023.

_____
Rolando Olvera
United States District Judge